UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                                CHAPTER 13
                                                 CASE NO. 14-56824-MAR
MICHAEL JAYE SCHWARTZ,                           JUDGE MARK A RANDON
Debtor.
_____/

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee objects to the change to Part V.O. of the Chapter 13 Plan as it is not listed in Part I.B. of the Chapter 13 Plan and is thereby void.

2. Trustee objects to the change to Part IV.B. of the Chapter 13 Plan.

3. Trustee questions debtor's valuation of the real property on Schedule A and requests a recent real property tax bill with State Equalized Value statement and any other documentation upon which debtor relies, as it may affect the best interest of creditors pursuant to 11 U.S.C. § 1325(a)(4).

4. Trustee requires verification of insurance expense on Schedule I.

5. Trustee requires clarification of the collateral as a Proof of Claim filed by Genisys is inconsistent with the Plan.

6. Based upon Trustee's calculations, debtor's Plan is underfunded.

7. Trustee requires an amended Wage Order where debtor is paid weekly.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

                        OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                        Krispen S. Carroll, Chapter 13 Trustee


December 16, 2014           /s/ Maria Gotsis
                        KRISPEN S. CARROLL (P49817)
                        MARGARET CONTI SCHMIDT (P42945)
                        MARIA GOTSIS (P67107)
                        719 Griswold Street
                        Suite 1100
                        Detroit, MI 48226
                        (313) 962-5035
                        notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　　　CHAPTER 13
　　　　　　　　　　　　　　　　　　　　　CASE NO. 14-56824-MAR
MICHAEL JAYE SCHWARTZ,　　　　　　　　JUDGE MARK A RANDON
Debtor.
_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

GUDEMAN & ASSOCIATES
1026 W. ELEVEN MILE ROAD
ROYAL OAK, MI  48067-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

MICHAEL JAYE SCHWARTZ
29435 LAUREL DRIVE
FARMINGTON, MI  48331-0000


December 23, 2014　　　　　　　　　　　　/s/ Barbara A. Ecclestone
　　　　　　　　　　　　　　　　　　　　Barbara A. Ecclestone
　　　　　　　　　　　　　　　　　　　　For the Office of the Chapter 13 Trustee-Detroit
　　　　　　　　　　　　　　　　　　　　719 Griswold Street
　　　　　　　　　　　　　　　　　　　　Suite 1100
　　　　　　　　　　　　　　　　　　　　Detroit, MI  48226
　　　　　　　　　　　　　　　　　　　　(313) 962-5035
　　　　　　　　　　　　　　　　　　　　notice@det13ksc.com